FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Aaron #240582
(Last Name)     (Identification Number)

Markcus     J
(First Name)     (Middle Name)

MCCF
(Institution)

833 West St. Holly Springs, MS 38635
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.

Hinds County

CIVIL ACTION NUMBER: 3:23-CV-3084-HTW-LGI
(to be completed by the Court)

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
NOV 13 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (✓)     No ( )

B.  Are you presently incarcerated?
    Yes (✓)     No ( )

C.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )     No (✓)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes ( )     No (✓)

E.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )     No (✓)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes (✓)     No ( )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Markcus Aaron     Prisoner Number: #240582

Address: MccF 833 West St. Holly Springs, Ms 38635

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Deputy Dillard     is employed as Guard     at Hinds County Penal Farm

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Markcus Aaron

ADDRESS: MccF 833 West St. Holly Springs, Ms 38635

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Dillard, officer | Hinds County Penal Farm |
| Shelby, officer | Hinds County Penal Farm |
| Sgt. Scott | Hinds County Penal Farm |
| Mrs. Cole, officer | Hinds County Penal Farm |

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
   1. Parties to the action: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
   1. Parties to the action: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Hinds County took Me to the baptist Hospital in Jackson, Ms When I Was diagnosed in 2020 by Dr. Gregory fiser. They Constantly Gave me medication that Wasn't Prescribed by The GI Doctor. May of 2021 My Colitis flared up and I was Rushed to the Merit Health hospital in Jackson, Ms. I was so sick I almost died. I didnt eat Nor Drink for 11 days straight. I lost 53 pounds in 11 Days and still was Held With no bond, with No evidence on Me. I later found out that Hinds County Didn't pay for the Medication I Needed until I Made it to MSP and got My first Dose february of 2023 I became officially MDOC property 10-12-22. Yes I Cried for Help that I Didn't get until other Inmates started to show out about it.

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I Want $50,000 for My Pain I Endured. I'm open to Negotiate better Monetary Deals along With The Time I Was given to serve in MDOC.

Signed this 5th day of November, 20 23.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Markcus Haven
Signature of plaintiff

I am fully aware that I didn't Name the defendants whole Names by first and last. Please Try to Understand Why. They Never let their first Names be known by inmates because of the Bogus things they where Doing to us. During My whole 11 days of sickness I was in and out Constantly. I can barely Remember who all I seen, But I do Remember seeing certain ones. I Cried for Help they kept lieing Like they was going to check on Me but Never Did until My friends and others seen How worse it had gotten. for 11 Days I Bled from My anus Constantly When I tried to eat I throw it back up instantly, and I Constantly went back and forth to use the Restroom. It was so bad that every Joint in My Body Had Locked up. I Had to Have 2 people to Help me walk to the Restroom when I Needed to go. I Literally think I died a couple times on My Rack. Then Im Constantly Using the Bathroom and Nothing but Blood coming out Like Water. I was so sick I Had to Have People call my Mama for Me and she called but got Nowhere. The last Day of My sickness the only Reason why they came and checked on me was because the Rest of the inmates started cursing and screaming at them. Now They Decide to Call an ambulance and they Rushed me to the Merit Health. They knew My Condition but Didnt care to try and Help me. Then they doped me up with everything but the Right thing Every since I was diagnosed, instead of Just simply paying for My Medication If you are going to Hold me with No bond for 3 years and 10 Months. for 11 days I did not eat Nor Drink any fluids. They used to feed me almost 12 pills everyday to substitute My Real medication. I asked officer Savage and Nurse Thomas Why Do I get treated How I do and ya'll know Im sick and barely getting the Help I Need, officer Savage said Well maybe Next time you will think twice about coming to Jail, and the Nurse said Nothing