IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARKCUS J. AARON, #240582**                                                                      **PLAINTIFF**

**v.**                                                              **CIVIL NO. 3:23-cv-3084-HTW-LGI**

**HINDS COUNTY**                                                                                    **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac [docket no. 52]. In her Report and Recommendation, filed December 31, 2025, Magistrate Judge Isaac recommended that Defendant's Motion for Summary Judgment [docket no. 45] be granted. Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation, this Court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation [docket no. 52] of the Magistrate Judge as the Order of this Court.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment [docket no. 45] is **GRANTED.**

**SO ORDERED**, this the 21st day of January, 2026.

s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE